IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIGHAM YOUNG UNIVERSITY, ET AL., ) ) ) Plaintiffs, ) ) vs. ) ) PFIZER, INC., ET AL., ) ) ) Defendants. ) | Case No. CIV-12-0041-HE |

## ORDER

The court previously directed the parties to show cause why this case should not be transferred to the United States District Court for District of Utah. Order, January 18, 2012 [Doc. #4]. Plaintiffs have responded they do not object to such a transfer [Doc. #6]. Defendant has not responded at all. In light of the circumstances set out in the court's January 18, 2012 order, the court concludes this should be and is **TRANSFERRED** to the United States District Court for the District of Utah. The clerk of court is directed to transmit the case and record to that court.

**IT IS SO ORDERED**.

Dated this 27th day of January, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE